UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 4:08cr41-RH

WILLIAM BROWN

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIAM BROWN__
<br>Name

and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Engage in the business of dealing in firearms without being licensed

in violation of Title 18 United States Code, Section(s) 922, 924

| William M. McCool | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Angela Maxwell* (signature) | August 20, 2008    Tallahassee |
| Deputy Clerk: Angela Maxwell | Date and Location |

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by __Elizabeth M. Timothy__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __8/25/08__ at Tallahassee, FL

| DATE RECEIVED 8/25/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/25/08 | Don Williams  S/A | Don Williams |

U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 AUG 25  PM 4: 21

FILED