|  | **UNITED STATES DISTRICT COURT** |  |
|---|---|---|
| MARK COOK | **NORTHERN DISTRICT OF FLORIDA** | SYLVESTER GRIFFIN |
| CHIEF U.S. PROBATION OFFICER | **PROBATION OFFICE** | DEPUTY CHIEF |
| 119 N. PALAFOX STREET |  | 30 W. GOVERNMENT STREET |
| PENSACOLA, FL 32502 |  | PANAMA CITY, FL 32401 |
| (850)470-8200 | PLEASE REPLY TO: | (850)769-8069 |
| FAX (850)470-8226 | 111 N. ADAMS STREET, SUITE 100 | FAX (850)769-0267 |
|  | TALLAHASSEE, FL 32301-7730 |  |
|  | (850)521-3551 |  |
|  | FAX (850)521-3579 |  |

December 4, 2008

Mr. William R. Clark, Jr.
Attorney at Law
227 N. Bronough Street, Suite 4200
Tallahassee, Florida 32301

       RE: BROWN, William
          DKT # 4:08CR41-01
          PRESENTENCE REPORT

Dear Mr. Clark:

  This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on January 16, 2008. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Tallahassee, and opposing counsel, by December 18, 2008**.

  The Presentence Report is herein transmitted to the U.S. Attorney's Office.

  Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

              Sincerely yours,

              *s/Cynthia J. Wilson*
              Cynthia J. Wilson
              U.S. Probation Officer

CJW/ar

Attachment: Presentence Report

cc: Robert O. Davis (w/attachment)
   Assistant U.S. Attorney

   Mr. William McCool
   U.S. District Court
   111 North Adams Street, Suite 322
   Tallahassee, Florida 32301-7717

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 DEC -4 PM 4:31

/KJC
FILED