FLND Form 245B (rev 12/2003) Judgment in a Criminal Case         Page 3 of 9
4:08cr41-001 - WILLIAM BROWN

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one day with credit for time served on August 25, 2008.**

## RETURN

I have executed this judgment as follows:

Defendant received credit for time served for August 25, 2008, the date of arrest and processing in the U.S. Marshals service cellblock.

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

Dennis A. Williamson
UNITED STATES MARSHAL

By: _Aneta G. Belyew_ SDUSM
Deputy U.S. Marshal

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2009 JAN 23  PM 12:19

FILED